# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Flanagan, Louise W. | **2. Court or Organization**<br><br>US District Court, NC | **3. Date of Report**<br><br>5/7/2021 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>US District Judge | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| **7. Chambers or Office Address**<br><br>US Courthouse<br>413 Middle Street<br>New Bern, NC 28560 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 5/7/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 5/7/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. First Citizens Bank | Mortgage on Rental Property, Morehead City, NC (Part VII, line 2) | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Deposits at First Citizens Bank | A | Interest | J | T | | | | | |
| 2.  Rental Property, Morehead City, NC ($330,000, 7/14/2017) | E | Rent | N | R | | | | | |
| 3.  Receivable-Noucoux UN, LLC (Buyout of LLC Interest) (X) | B | Interest | L | T | | | | | |
| 4.  Reliance MetLife Series 25053 (formerly MET GAC Series) | | None | | | Sold (part) | 01/29/20 | K | C | |
| 5. | | | | | Buy (add'l) | 02/10/20 | J | | |
| 6. | | | | | Sold (part) | 03/16/20 | J | A | |
| 7. | | | | | Sold (part) | 03/20/20 | J | A | |
| 8. | | | | | Buy (add'l) | 05/13/20 | J | | |
| 9. | | | | | Sold (part) | 06/15/20 | J | A | |
| 10. | | | | | Sold (part) | 06/30/20 | J | A | |
| 11. | | | | | Buy (add'l) | 08/07/20 | J | | |
| 12. | | | | | Sold (part) | 08/31/20 | J | A | |
| 13. | | | | | Sold (part) | 09/01/20 | O | F | |
| 14. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 15. | | | | | Sold | 11/04/20 | J | A | |
| 16.  Fidelity 500 Index Inv | B | Dividend | | | Sold (part) | 01/29/20 | J | B | |
| 17. | | | | | Buy (add'l) | 02/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 03/16/20 | J | A | |
| 19. | | | | | Sold (part) | 03/20/20 | J | A | |
| 20. | | | | | Buy (add'l) | 05/13/20 | J | | |
| 21. | | | | | Sold (part) | 06/15/20 | J | A | |
| 22. | | | | | Sold (part) | 06/30/20 | J | A | |
| 23. | | | | | Buy (add'l) | 08/07/20 | J | | |
| 24. | | | | | Sold (part) | 08/31/20 | J | A | |
| 25. | | | | | Sold (part) | 09/01/20 | M | E | |
| 26. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 27. | | | | | Sold | 11/04/20 | J | A | |
| 28. Fidelity ExtMkt Index Inv | B | Dividend | | | Sold (part) | 01/29/20 | J | A | |
| 29. | | | | | Buy (add'l) | 02/10/20 | J | | |
| 30. | | | | | Sold (part) | 03/16/20 | J | A | |
| 31. | | | | | Sold (part) | 03/20/20 | J | A | |
| 32. | | | | | Buy (add'l) | 05/13/20 | J | | |
| 33. | | | | | Sold (part) | 06/15/20 | J | A | |
| 34. | | | | | Sold (part) | 06/30/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Flanagan, Louise W.** | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 08/07/20 | J | | |
| 36. | | | | | Sold<br>(part) | 08/31/20 | J | A | |
| 37. | | | | | Sold<br>(part) | 09/01/20 | L | D | |
| 38. | | | | | Buy<br>(add'l) | 11/03/20 | J | | |
| 39. | | | | | Sold | 11/04/20 | J | A | |
| 40.   Europacific Growth R6 | None | | | | Sold<br>(part) | 01/29/20 | J | A | |
| 41. | | | | | Buy<br>(add'l) | 02/10/20 | J | | |
| 42. | | | | | Sold<br>(part) | 03/16/20 | J | A | |
| 43. | | | | | Sold<br>(part) | 03/20/20 | J | A | |
| 44. | | | | | Buy<br>(add'l) | 05/13/20 | J | | |
| 45. | | | | | Sold<br>(part) | 06/15/20 | J | A | |
| 46. | | | | | Sold<br>(part) | 06/30/20 | J | A | |
| 47. | | | | | Buy<br>(add'l) | 08/07/20 | J | | |
| 48. | | | | | Sold<br>(part) | 08/31/20 | J | A | |
| 49. | | | | | Sold<br>(part) | 09/01/20 | K | D | |
| 50. | | | | | Buy<br>(add'l) | 11/03/20 | J | | |
| 51. | | | | | Sold | 11/04/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mainstay Large Cap Growth I | | None | | | Sold (part) | 01/29/20 | J | A | |
| 53. | | | | | Buy (add'l) | 02/10/20 | J | | |
| 54. | | | | | Sold (part) | 03/16/20 | J | A | |
| 55. | | | | | Sold (part) | 03/20/20 | J | A | |
| 56. | | | | | Buy (add'l) | 05/13/20 | J | | |
| 57. | | | | | Sold (part) | 06/15/20 | J | A | |
| 58. | | | | | Sold (part) | 06/30/20 | J | A | |
| 59. | | | | | Buy (add'l) | 08/07/20 | J | | |
| 60. | | | | | Sold (part) | 08/31/20 | J | A | |
| 61. | | | | | Sold (part) | 09/01/20 | M | F | |
| 62. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 63. | | | | | Sold | 11/04/20 | J | A | |
| 64. MFS Value R4 | B | Dividend | | | Sold (part) | 01/29/20 | J | B | |
| 65. | | | | | Buy (add'l) | 02/10/20 | J | | |
| 66. | | | | | Sold (part) | 03/16/20 | J | A | |
| 67. | | | | | Sold (part) | 03/20/20 | J | A | |
| 68. | | | | | Buy (add'l) | 05/13/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Flanagan, Louise W.** | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 06/15/20 | J | A | |
| 70. | | | | | Sold<br>(part) | 06/30/20 | J | A | |
| 71. | | | | | Buy<br>(add'l) | 08/07/20 | J | | |
| 72. | | | | | Sold<br>(part) | 08/31/20 | J | A | |
| 73. | | | | | Sold<br>(part) | 09/01/20 | M | E | |
| 74. | | | | | Buy<br>(add'l) | 11/03/20 | J | | |
| 75. | | | | | Sold | 11/04/20 | J | A | |
| 76.   J Hancock Disciplined Val MCap I | None | | | | Sold<br>(part) | 01/29/20 | J | A | |
| 77. | | | | | Buy<br>(add'l) | 02/10/20 | J | | |
| 78. | | | | | Sold<br>(part) | 03/16/20 | J | A | |
| 79. | | | | | Sold<br>(part) | 03/20/20 | J | A | |
| 80. | | | | | Buy<br>(add'l) | 05/13/20 | J | | |
| 81. | | | | | Sold<br>(part) | 06/15/20 | J | A | |
| 82. | | | | | Sold<br>(part) | 06/30/20 | J | A | |
| 83. | | | | | Buy<br>(add'l) | 08/07/20 | J | | |
| 84. | | | | | Sold<br>(part) | 08/31/20 | J | A | |
| 85. | | | | | Sold<br>(part) | 09/01/20 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Flanagan, Louise W.** | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 11/03/20 | J | | |
| 87. | | | | | Sold | 11/04/20 | J | A | |
| 88.    Vanguard Total Int'l Stock Index | A | Dividend | | | Sold<br>(part) | 01/29/20 | J | A | |
| 89. | | | | | Buy<br>(add'l) | 02/10/20 | J | | |
| 90. | | | | | Sold<br>(part) | 03/16/20 | J | A | |
| 91. | | | | | Sold<br>(part) | 03/20/20 | J | A | |
| 92. | | | | | Buy<br>(add'l) | 05/13/20 | J | | |
| 93. | | | | | Sold<br>(part) | 06/15/20 | J | A | |
| 94. | | | | | Sold<br>(part) | 06/30/20 | J | A | |
| 95. | | | | | Buy<br>(add'l) | 08/07/20 | J | | |
| 96. | | | | | Sold<br>(part) | 08/31/20 | J | A | |
| 97. | | | | | Sold<br>(part) | 09/01/20 | K | C | |
| 98. | | | | | Buy<br>(add'l) | 11/03/20 | J | | |
| 99. | | | | | Sold | 11/04/20 | J | A | |
| 100.   American Balanced R6 | B | Dividend | | | Sold<br>(part) | 01/29/20 | J | A | |
| 101. | | | | | Buy<br>(add'l) | 02/10/20 | J | | |
| 102. | | | | | Sold<br>(part) | 03/16/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 03/20/20 | J | A | |
| 104. | | | | | Buy<br>(add'l) | 05/13/20 | J | | |
| 105. | | | | | Sold<br>(part) | 06/15/20 | J | A | |
| 106. | | | | | Sold<br>(part) | 06/30/20 | J | A | |
| 107. | | | | | Buy<br>(add'l) | 08/07/20 | J | | |
| 108. | | | | | Sold<br>(part) | 08/31/20 | J | A | |
| 109. | | | | | Sold<br>(part) | 09/01/20 | M | E | |
| 110. | | | | | Buy<br>(add'l) | 11/03/20 | J | | |
| 111. | | | | | Sold | 11/04/20 | J | A | |
| 112.   Eagles Small Cap Growth | | None | | | Sold<br>(part) | 01/29/20 | J | A | |
| 113. | | | | | Buy<br>(add'l) | 02/10/20 | J | | |
| 114. | | | | | Sold<br>(part) | 03/16/20 | J | A | |
| 115. | | | | | Sold<br>(part) | 03/20/20 | J | A | |
| 116. | | | | | Buy<br>(add'l) | 05/13/20 | J | | |
| 117. | | | | | Sold<br>(part) | 06/15/20 | J | A | |
| 118. | | | | | Sold<br>(part) | 06/30/20 | J | A | |
| 119. | | | | | Buy<br>(add'l) | 08/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Flanagan, Louise W.** | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 08/31/20 | J | A | |
| 121. | | | | | Sold | 09/01/20 | L | B | |
| 122.  Delaware Small Cap Value Inst'l | | None | | | Sold (part) | 01/29/20 | J | A | |
| 123. | | | | | Buy (add'l) | 02/10/20 | J | | |
| 124. | | | | | Sold (part) | 03/16/20 | J | A | |
| 125. | | | | | Sold (part) | 03/20/20 | J | A | |
| 126. | | | | | Buy (add'l) | 05/13/20 | J | | |
| 127. | | | | | Sold (part) | 06/15/20 | J | A | |
| 128. | | | | | Sold (part) | 06/30/20 | J | A | |
| 129. | | | | | Buy (add'l) | 08/07/20 | J | | |
| 130. | | | | | Sold (part) | 08/31/20 | J | A | |
| 131. | | | | | Sold (part) | 09/01/20 | K | A | |
| 132. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 133. | | | | | Sold | 11/04/20 | J | A | |
| 134.  Metropolitan West Total Return | A | Interest | | | Sold (part) | 01/29/20 | J | A | |
| 135. | | | | | Sold (part) | 03/16/20 | J | A | |
| 136. | | | | | Sold (part) | 03/20/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Flanagan, Louise W.** | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold<br>(part) | 06/15/20 | J | A | |
| 138. | | | | | Sold<br>(part) | 06/30/20 | J | A | |
| 139. | | | | | Sold<br>(part) | 08/31/20 | J | A | |
| 140. | | | | | Sold | 09/01/20 | J | A | |
| 141. DoubleLine Total Return Bond | B | Dividend | L | T | Buy<br>(add'l) | 01/24/20 | J | | |
| 142. | | | | | Buy<br>(add'l) | 04/06/20 | L | | |
| 143. | | | | | Buy<br>(add'l) | 06/17/20 | J | | |
| 144. PIMCO Income Fund Inst'l Class | C | Dividend | L | T | Buy<br>(add'l) | 01/24/20 | K | | |
| 145. | | | | | Buy<br>(add'l) | 05/08/20 | J | | |
| 146. Dreyfus Insured Deposit Acct | A | Int./Div. | N | T | | | | | |
| 147. American Balance Fund Class 3 | B | Dividend | K | T | | | | | |
| 148. Angel Oak Multi Strategy Income | A | Dividend | | | Buy<br>(add'l) | 01/24/20 | J | | |
| 149. | | | | | Sold | 04/03/20 | K | A | |
| 150. Federated Strategic Value | C | Dividend | L | T | Buy<br>(add'l) | 06/17/20 | J | | |
| 151. | | | | | Sold<br>(part) | 07/22/20 | K | A | |
| 152. Franklin Income Fund Advisor | C | Dividend | L | T | | | | | |
| 153. Barrings Global Credit Income Fund | B | Dividend | | | Buy<br>(add'l) | 01/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 155. | | | | | Sold<br>(part) | 03/23/20 | K | A | |
| 156. | | | | | Buy<br>(add'l) | 05/08/20 | L | | |
| 157. | | | | | Sold | 08/07/20 | L | D | |
| 158. DoubleLine Low Duration Bond | B | Dividend | N | T | Buy | 10/01/20 | N | | |
| 159. Guggenheim Total Return Bond | A | Dividend | K | T | Buy | 07/22/20 | K | | |
| 160. Guggenheim Limited Duration | B | Dividend | N | T | Buy | 10/01/20 | N | | |
| 161. Stone Ridge Alternative Funding | A | Dividend | J | T | Sold<br>(part) | 03/17/20 | J | A | |
| 162. | | | | | Sold<br>(part) | 06/16/20 | J | A | |
| 163. | | | | | Sold<br>(part) | 09/17/20 | J | A | |
| 164. | | | | | Sold<br>(part) | 12/10/20 | J | A | |
| 165. Blackrock Global Dividend | C | Dividend | L | T | | | | | |
| 166. Thornburg Investment Income | B | Dividend | L | T | | | | | |
| 167. Versus Capital Multi-Manager | A | Dividend | | | Sold | 01/17/20 | L | B | |
| 168. JP Morgan Global Bond Opportunity | B | Dividend | K | T | Buy<br>(add'l) | 01/24/20 | J | | |
| 169. | | | | | Buy<br>(add'l) | 06/17/20 | J | | |
| 170. JP Morgan Income Builder | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. PIMCO Flexible Credit Income Fund | C | Dividend | | | Sold | 05/05/20 | L | A | |
| 172. Pacific Funds Floating Rate | A | Dividend | | | Buy (add'l) | 01/24/20 | J | | |
| 173. | | | | | Sold | 03/23/20 | K | A | |
| 174. PIMCO Low Duration Income Fund | B | Dividend | N | T | Buy | 10/01/20 | N | | |
| 175. PIMCO Short-Term Fund Institution | B | Dividend | N | T | Buy | 10/01/20 | N | | |
| 176. Putnam Ultra Short Duration Income | A | Dividend | N | T | Buy | 10/01/20 | N | | |
| 177. Ishares TR Select Divid ETF | B | Dividend | K | T | | | | | |
| 178. Eagle Mid-Cap Growth | B | Dividend | L | T | | | | | |
| 179. First Eagle Global Fund Class I | B | Dividend | K | T | Sold (part) | 01/28/20 | K | B | |
| 180. | | | | | Sold (part) | 07/22/20 | K | C | |
| 181. Fundamental Investors Class | B | Dividend | L | T | | | | | |
| 182. JP Morgan Large-Cap Growth | B | Dividend | K | T | Buy | 07/22/20 | K | | |
| 183. JP Morgan Small-Cap Equity | A | Dividend | K | T | | | | | |
| 184. Pershing Gov't Money Mkt Acct | | None | J | T | | | | | |
| 185. Alger Spectra Fund Class Z (formerly Alger Spectra Fund Class I) | C | Dividend | L | T | | | | | |
| 186. Federated Strategic Value | A | Dividend | | | Sold (part) | 01/28/20 | K | A | |
| 187. | | | | | Sold | 03/26/20 | L | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Flanagan, Louise W.** | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  MFS Mid-Cap Value Fund Class I | A | Dividend | L | T | | | | | |
| 189.  ARK ETF TR Innovation | A | Dividend | K | T | Buy | 07/22/20 | K | | |
| 190.  ISHARES TR Core S&P Mid-Cap | B | Dividend | M | T | Sold<br>(part) | 01/28/20 | K | C | |
| 191.  ISHARES TR Core S&P Small-Cap | B | Dividend | M | T | Sold<br>(part) | 01/28/20 | K | C | |
| 192.  Prudential Jennison Global Opport | A | Dividend | K | T | Buy | 07/22/20 | K | | |
| 193.  SPDR S&P 500 ETF TR Unit | B | Dividend | M | T | | | | | |
| 194.  Dreyfus Insured Deposit Acct | A | Int./Div. | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Flanagan, Louise W.** | 5/7/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 5/7/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Louise W. Flanagan**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544